# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br><br>v.<br><br>**SALVADOR VARGAS NAVA**<br><hr>*Defendant* | Case No. 25-mj- 208 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 20, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*/s/ MICHAEL SCIOLI*
*Complainant's signature*

MICHAEL A. SCIOLI
SUPERVISORY U.S. BORDER PATROL AGENT
UNITED STATES BORDER PATROL
*Printed name and title*

Sworn to before me and signed telephonically.

Date: October 23, 2025

*/s/ H. Kenneth Schroeder, Jr.*
*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO     )

I, Michael A. Scioli, being duly sworn, deposes and says that:

1.  I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for twenty-two (22) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2.  As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) Re-entry of a Removed Alien.

3.  I make this Affidavit in support of the Criminal Complaint charging Salvador VARGAS NAVA (hereinafter "VARGAS NAVA"), an alien, born in 1982 in Mexico, with having been found in the United States after having been previously removed or deported from the United States, without first applying to the Attorney General or the Secretary of the

Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other United States Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Section 1326(a).

## **PROBABLE CAUSE**

5. On or about October 20, 2025, Buffalo Border Patrol Agents in collaboration with Immigration and Customs Enforcement (ICE) arrested one (1) illegal alien as part of the national security missions established under Operation Unified Alliance and Operation Safeguard in Concord, New York, within the Western District of New York.

6. Buffalo Border Patrol Station received a call for assistance from the Erie County Sheriff's Office (ECSO) regarding a traffic stop of a vehicle that ran two stop signs. The driver, VARGAS NAVA spoke very little English and presented the ECSO Deputy a Mexican passport. A United States Border Patrol (USBP) Agent and Immigration and Customs and Enforcement (ICE) Officer arrived on scene. The ICE officer was wearing their agency insignia and law enforcement badge. The Border Patrol agent was in uniform with agency

insignia and law enforcement badge. Agent and Officer approached the vehicle and identified themselves as federal agents, and asked the driver, VARGAS NAVA, in Spanish, if they could ask him a few questions. VARGAS NAVA began to speak with the agents.

7. Agents questioned VARGAS NAVA about his citizenship. VARGAS NAVA admitted to being illegally present in the United States without any valid immigration documents that would allow him to remain.

8. The Border Patrol Agent took VARGAS NAVA into custody. As a part of processing, an electronic scan of VARGAS NAVA's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that VARGAS NAVA had been issued an FBI number and immigration fingerprint identification number.

9. Criminal and immigration database record checks associated with VARGAS NAVA's fingerprints revealed the following:

   a. VARGAS NAVA is a native and citizen of Mexico.

   b. On or about June 10, 2009, VARGAS NAVA was arrested by Immigration and Customs Enforcement in New York, New York for being in the United States unlawfully.

   c. On or about July 15, 2009, VARGAS NAVA was served a warning to aliens being ordered removed or deported.

   d. On or about July 15, 2009, VARGAS NAVA was physically removed from the United States via the Port of Entry in Laredo, Texas.

10. There is no record that VARGAS NAVA had applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

11. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about October 20, 2025, within the Western District of New York, Salvador VARGAS NAVA, an alien who was removed from the United States on or about July 15, 2009 was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

_MICHAEL SCIOLI_
MICHAEL A. SCIOLI
Supervisory U.S. Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically
on this 23rd day of October 2025.

_H. Kenneth Schroeder, Jr._
HONORABLE H. KENNETH SCHRODER, JR.
United States Magistrate Judge

4